**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| RODRIGO ALEXANDER HERNANDEZ PINTO, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| | ) ) No. 2:26-cv-02605-SHL-cgc |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and TRINITY MINTER, Warden, West Tennessee Detention Facility, | ) ) ) ) |
| Respondents. | ) ) |

**SECOND ORDER FOR PETITIONER TO SERVE RESPONDENTS**

On May 29, 2026, pro se Petitioner Alexander Hernandez Pinto filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 2.)  He is a noncitizen in Immigration and Customs Enforcement ("ICE") custody who argues that Respondents ICE and Trinity Minter violated his rights to due process by detaining him without bond.  (Id. at PageID 7.)  He also filed a form consenting to receiving NEFs at the email address angelicanmontanez@gmail.com. (ECF No. 2-2.)

On the same day, the Court ordered Petitioner to serve Respondents within five days, or risk dismissal under Federal Rule of Civil Procedure 41(b).  (ECF No. 7 at PageID 13–14.) Now, by motion filed June 15, 2026, Respondents seek dismissal based on Pinto's alleged failure to serve his Petition in accordance with the Court's prior order.  (ECF No. 9.)  Respondents served the Motion on Pinto at the West Tennessee Detention Facility address originally listed in the Petition.  (Id. at PageID 17.)

To date, Pinto has not responded to the Motion to Dismiss.  However, he filed an Amended Petition on June 29, 2026.  (ECF No. 10.)  The Amended Petition does not address the

Motion or the defects in service identified by Respondents.  There is no evidence that Pinto served the Amended Petition on Respondents.  Pinto also filed the Notice of Pro Se Representation on the same day, notifying the Court that he is proceeding pro se and in control of his filings, responses, and service.  (ECF No. 11.)  These two recent filings imply that Pinto is aware of Respondents' pending Motion, but seeks to proceed without serving the Petition in accordance with the Court's May 29th order.

Pinto's deadline to respond to the Motion to Dismiss was June 29, 2026, under the Court's Local Rules.  LR 7.2(a)(2) (setting a fourteen-day deadline to serve a response to a motion).[1]  And his deadline to effectuate service was weeks earlier, on June 5.  However, another issue arises from the rule that amended pleadings are routinely construed as superseding "original pleadings," and render an initial complaint or petition a nullity.  See Hayward v. Cleveland Clinic Found., 759 F.3d 601, 617 (6th Cir. 2014).

Given the foregoing, Pinto is **ORDERED TO SERVE RESPONDENTS** within **five business days** with the Amended Petition by sending it to (1) the following address:

Stuart Canale, Assistant United States Attorney
United States Attorney's Office
167 North Main Street
Suite 800
Memphis, TN 38103

and (2) Respondents' counsel's email, **stuart.canale@usdoj.gov.**

Further, Respondents are **ORDERED** to respond to the Amended Petition in writing within two days after it is served.

Petitioner's failure to comply with this Order will result in granting Respondents' Motion

---

[1] The Court's Local Rules are publicly available at https://www.tnwd.uscourts.gov/local-rules.

to Dismiss.

      **IT IS SO ORDERED,** this 2nd day of July, 2026.

                      s/  Sheryl H. Lipman
                      SHERYL H. LIPMAN
                      CHIEF UNITED STATES DISTRICT JUDGE